UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>          Plaintiff(s),<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>          Defendant(s). | CASE NO. C26-2409-KKE<br><br>ORDER DENYING MOTION FOR EXPEDITED BRIEFING AND CONSTRUING MOTION AS REQUEST FOR TEMPORARY RESTRAINING ORDER |

Along with the filing of this lawsuit, Plaintiff States filed an "emergency motion for expedited preliminary injunction" (Dkt. No. 10), seeking injunctive relief on an accelerated timeline to align the motion in this case with a hearing set on a motion in a related case (C25-1228-KKE (W.D. Wash.)). Although a motion for preliminary injunction ("PI") would normally become ripe 28 days after filing under the Local Rules of this district, Plaintiff States request that the Court require their motion to be fully briefed in 10 days and set for a hearing 14 days after its filing. *See* Dkt. No. 14. Plaintiff States' emergency PI motion suggests that if the Court does not grant the expedited briefing request, it should construe the motion to request a temporary restraining order ("TRO"). Dkt. No. 10 at 3 n.2.

Defendants opposed the motion to expedite the briefing and also filed a notice stating that the emergency PI motion was mis-noted. Dkt. Nos. 17, 18. Defendants contend that Plaintiff States could have sought an injunction earlier (and thus this situation is not truly an "emergency"),

ORDER DENYING MOTION FOR EXPEDITED BRIEFING AND CONSTRUING MOTION AS REQUEST FOR TEMPORARY RESTRAINING ORDER - 1

and argue that if Plaintiff States want an expedited briefing timeline, they should be required to file a TRO motion. Dkt. No. 18. The Court finds some merit to these concerns and will therefore DENY the motion for expedited briefing (Dkt. No. 14), yet the Court also notes that the relief requested by Defendants—requiring Plaintiff States to file of a TRO motion—would necessitate an even tighter briefing schedule than that requested by Plaintiff States and opposed by Defendants.

Because the Court finds that the needs of this case require consideration of the relief requested in the PI motion at the hearing set for July 24, 2026, and it therefore must be considered on an accelerated timeline, the Court will CONSTRUE the PI motion (Dkt. No. 10) as a motion for TRO. The Court will direct the parties to brief this motion according to the schedule proposed by Plaintiff States. Defendants' response and Plaintiff States' reply shall address the legal standards applicable to TROs rather than PIs, to the extent the parties believe those standards are meaningfully different. Defendants' response is due no later than July 17, 2026, and Plaintiff States' reply is due no later than July 20, 2026. The courtroom deputy will set a hearing on Plaintiff States' motion (Dkt. No. 10) for July 24, 2026.

Dated this 14th day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR EXPEDITED BRIEFING AND CONSTRUING MOTION AS REQUEST FOR TEMPORARY RESTRAINING ORDER - 2