Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

                          Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                          Defendants.

CASE NO.  2:26-cv-02409-KKE

**DEFENDANTS' STATUS REPORT RE:
COMPLIANCE WITH TEMPORARY
RESTRAINING ORDER**

On July 27, 2026, at 5:35 p.m. PDT, the Court entered a temporary restraining order imposing certain obligations on Defendants and requiring, among other things, that "Defendants file a status report within 24 hours, documenting the actions that they have taken to comply with this order, including a copy of the notice and an explanation as to whom the notice was sent." Dkt. # 50, p. 14.

1. On July 28, 2025, before 5:35 p.m. PDT, a notice was sent to the responsible persons to grantees notifying them of this temporary restraining order and attaching a copy of the temporary restraining order to the notice.  An example of a true and correct copy of this notification is attached hereto as Attachment A.

DEFENDANTS' STATUS REPORT RE: COMPLIANCE WITH
TEMPORARY RESTRAINING ORDER - 1
(Case No. 2:26-cv-02409-KKE)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

2.  On July 28, 2026, before 5:35 p.m. PDT, a notice was sent to all appropriate Department of Education employees from Defendants' counsel notifying them of the temporary restraining order and attaching a copy of temporary restraining order to the notice.  Because there are presently no Department contractors involved in the administration of the relevant programs, a copy of the notice was not sent to any contractors.  A true and correct copy of this notification is attached hereto as Attachment B.

3.  As directed by the Court, the Department has taken all necessary actions to implement the order. The Department has no additional steps to report at this time, as it did not initiate actions to terminate grantees while awaiting the Court's decision on the Motion to Clarify (Dkt. # 437 in 2:25-cv-01228).

DATED this 28th day of July 2026.

Respectfully submitted,

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
Email: brian.kipnis@usdoj.gov

*Attorney for Defendants*

DEFENDANTS' STATUS REPORT RE: COMPLIANCE WITH
TEMPORARY RESTRAINING ORDER - 2
(Case No. 2:26-cv-02409-KKE)