# Attachment A

**From:**
Tuesday, July 28, 2026 4:25:46 PM
**Attachments:** Order.pdf

You are hereby notified of a temporary restraining order entered on July 27, 2026 through August 24, 2026 as required by the Court in State of Washington, et al. v. United States Department of Education, et al. (W.D. WA) (2:26-cv-02409). Please see attached.

Attachment A
Page 1 of 1