# Attachment B

██████████

| | |
|---|---|
| **From:** | ED Internal Communications |
| **Sent:** | Tuesday, July 28, 2026 4:00 PM |
| **Subject:** | Notice of Temporary Restraining Order - State of Washington, et al. v. United States Department of Education, et al. (W.D. WA) (2:26-cv-02409) |
| **Attachments:** | Order.pdf |

You are hereby notified of a temporary restraining order entered on July 27, 2026 through August 24, 2026 as required by the Court in *State of Washington*, et al. *v. United States Department of Education*, et al. (W.D. WA) (2:26-cv-02409). Please see attached.