UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., Plaintiff(s), v. UNITED STATES DEPARTMENT OF EDUCATION, et al., Defendant(s). | CASE NO. C26-2409-KKE<br>ORDER SETTING BRIEFING SCHEDULE |

The parties have conferred on a briefing schedule for Plaintiff States' preliminary injunction motion and the Court accepts the agreed schedule as follows:

(1) Plaintiff States will rest on their motion. Dkt. No. 10.

(2) Defendants' response must be filed no later than August 14, 2026.

(3) Plaintiff States' reply must be filed no later than August 20, 2026.

(4) Oral argument on the motion will be held at 1:30 p.m. on August 24, 2026.

The parties have also informed the Courtroom Deputy that Plaintiff States seek to reserve the right to request expedited discovery and an extension of the temporary restraining order, after reviewing Defendants' August 14 response. Defendants oppose this request. The Court will not rule on this issue because it has not been fully briefed, but the Court encourages the parties to avoid any unnecessary delays: to the extent Plaintiff States believe that expedited discovery is warranted, Plaintiff States should file a motion as soon as practicable.

The clerk is directed to RE-NOTE Plaintiff States' motion for preliminary injunction (Dkt. No. 10) for August 24, 2026.

Dated this 30th day of July, 2026.

Kymberly K. Evanson
United States District Judge