# Exhibit C

The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | NO. 2:26-cv-02409-KKE<br><br>PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANTS |

TO: Defendants in the above-captioned litigation;

AND TO: Counsel for Defendants:

Pursuant to Federal Rules of Civil Procedure 26 and 36, Plaintiff States request that Defendants answer the following Requests for Admission (RFAs) separately and fully under oath, no later than August 14, 2026, and in accordance with the "DEFINITIONS" and "INSTRUCTIONS" set forth below.

These RFAs are continuing in nature, and you must reasonably supplement or amend your answers and responses to these Requests pursuant to the Federal Rules of Civil Procedure to include certain types of information, specified in the rules, which you later acquire.



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

## I. DEFINITIONS

For the purposes of these Requests, the following definitions apply:

1. "Defendants," "you," and "your" means the U.S. Department of Education, Secretary Linda McMahon, in her official capacity, as well as any of their employees, personnel, agents, consultants, experts, representatives, or other persons or entities acting or who have acted on their behalf, such as contractors or personnel from other agencies.

2. "Document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Rule 34(a)(1)(A) of the Federal Rules of Civil Procedure. A draft or non-identical copy is a separate document within the meaning of this term.

3. The term "*Washington* grants" refers to grants protected by the permanent injunction entered on December 19, 2025, in *Washington v. U.S. Department of Education*, No. 2:25-cv-01228-KKE (W.D. Wash.).

## II. INSTRUCTIONS

1. Pursuant to Federal Rules of Civil Procedure 26 and 36, if you object, the grounds for each objection must be stated.

2. No specific Request for Admission should be construed to limit the scope of any other Request for Admission, or of any term defined above, and no subpart of any Request for Admission should be construed to limit the scope of any other subpart of such Request for Admission.

3. When an answer or response contains both privileged and non-privileged material, the non-privileged material must be disclosed to the fullest extent possible without thereby disclosing the privileged material. If a privilege is asserted with regard to part of an answer or response, the party claiming the privilege must clearly indicate the portions as to which the privilege is claimed. When an answer or response that includes documents has been redacted or altered in any fashion, you must identify as to each document the reason(s) for the redaction



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

or alteration, the date of the redaction or alteration, and the person performing the redaction or alteration. Any redaction must be clearly visible on the redacted document.

4. If you object to or otherwise decline to respond to any portion of a Request for Admission, please provide all information called for by that portion of the Request for Admission to which you do not object or to which you do not decline to respond. For those portions of a Request for Admission to which you object or otherwise refuse to provide an answer or response, please state the reason(s) for such objection or refusal, and state whether you are refusing to provide an answer or response.

5. It is intended that these Requests for Admission will not solicit any material protected either by the attorney-client privilege or by the work-product doctrine that was created by, or developed by, your counsel after the date on which this litigation was commenced, and they should be construed accordingly.

6. If an answer or response to any Request for Admission is objected to on the grounds that the Request for Admission is unduly burdensome, please describe the burden or expense associated with answering or responding.

7. Notwithstanding any definition set forth above, each word, term, or phrase used in these interrogatories is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure.



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

## III. REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that Defendants attempted to discontinue *Washington* grants because the Department believed these grants were inconsistent with Federal civil rights requirements.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 2:** Admit that Defendants plan to terminate *Washington* grants that the Department believes are inconsistent with Federal civil rights requirements.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 3:** Admit that Defendants plan to set the effective date of termination for any *Washington* grants that it terminates to the date of the grant termination notice.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 4:** Admit that Defendants plan to terminate *Washington* grants based on new priorities not in effect at the time the grant was initially awarded.

**ANSWER:**

**REQUEST FOR ADMISSION NO. 5:** Admit that Defendants plan to terminate *Washington* grants without providing the procedural protections set forth in 20 U.S.C. §§ 1234d and 1234g, and their implementing regulations.

**ANSWER:**



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

**<u>REQUEST FOR ADMISSION NO. 6</u>:** Admit that Defendants plan to terminate *Washington* grants without providing the procedural protections set forth in 20 U.S.C. §§ 1221(d), 1232i(b), 1682; 42 U.S.C. § 2000d-1; and their implementing regulations.

**<u>ANSWER</u>:**

**<u>REQUEST FOR ADMISSION NO. 7</u>:** Admit that Defendants plan to terminate *Washington* grants using its purported authority set forth in 2 C.F.R. § 200.340(a)(4).

**<u>ANSWER</u>:**

DATED this 3rd day of August 2026.

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Jennifer K. Chung*
JENNIFER K. CHUNG, WSBA #51583
ELLEN RANGE, WSBA #51334
Assistant Attorneys General
Complex Litigation Division
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitors General
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Jennifer.Chung@atg.wa.gov
Ellen.Range@atg.wa.gov
William McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

ROB BONTA
Attorney General of California

*/s/ Crystal Adams*
CRYSTAL ADAMS*
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KATHLEEN BOERGERS*
Supervising Deputy Attorney General
KATHERINE MILTON*
Deputy Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7522
Crystal.Adams@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Katherine.Milton@doj.ca.gov

*Attorneys for State of California*

PHILIP J. WEISER
Attorney General of Colorado

*/s/ Sarah H. Weiss*
SARAH H. WEISS*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Sarah.Weiss@coag.gov

*Attorney for State of Colorado*

WILLIAM TONG
Attorney General of Connecticut

*/s/ Andrew Ammirati*
ANDREW AMMIRATI**
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov

*Attorney for State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Ian R. Liston*
IAN R. LISTON*
Director of Impact Litigation
VANESSA L. KASSAB*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Ian.Liston@delaware.gov
Vanessa.Kassab@delaware.gov

*Attorneys for the State of Delaware*

KWAME RAOUL
Attorney General of Illinois

*/s/ Emily Hirsch*
EMILY HIRSCH*
Assistant Attorney General
ALEEZA STRUBEL*
Complex Litigation Counsel
Office of the Illinois Attorney General
115 S. LaSalle St
Chicago, IL 60603
773-835-0148
Aleeza.Strubel@ilag.gov
Emily.Hirsch@ilag.gov

*Attorneys for State of Illinois*

AARON M. FREY
Attorney General of Maine

*/s/ Sarah A. Forster*
SARAH A. FORSTER*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Sarah.Forster@maine.gov

*Attorney for the State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Michael Drezner*
MICHAEL DREZNER**
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorney for State of Maryland*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Adelaide Pagano*
ADELAIDE PAGANO*
Assistant Attorney General
Office of the Massachusetts Attorney General
100 Cambridge Street
Boston, MA 02108
617-963-2122
Adelaide.Pagano@mass.gov

*Counsel for the Commonwealth of Massachusetts*

DANA NESSEL
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov

*Attorney for the State of Michigan*

RAÚL TORREZ
Attorney General of New Mexico

*/s/ Aletheia V.P. Allen*
ALETHEIA V.P. ALLEN*
Solicitor General
LAWRENCE MARCUS*
Assistant Solicitor General
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-527-2776
AAllen@nmdoj.gov
LMarcus@nmdoj.gov

*Attorneys for State of New Mexico*

LETITIA JAMES
Attorney General of New York

*/s/ Rabia Muqaddam*
RABIA MUQADDAM*
Chief Counsel for Federal Initiatives
MARK LADOV*
Special Counsel
28 Liberty Street
New York, NY 10005
212-416-8240
Rabia.Muqaddam@ag.ny.gov
Mark.Ladov@ag.ny.gov

*Attorneys for the State of New York*

DAN RAYFIELD
Attorney General of Oregon

*/s/ Leanne Hartmann*
LEANNE HARTMANN*
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
971-673-1880
Leanne.Hartmann@doj.oregon.gov

*Attorney for State of Oregon*

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Kyla Duffy*
KYLA DUFFY*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400
Kduffy@riag.ri.gov

*Attorney for State of Rhode Island*

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Frances Reynolds Colbert*
FRANCES REYNOLDS COLBERT*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-266-9226
Frances.Colbert@wisdoj.gov

*Attorney for State of Wisconsin*

**Admitted pro hac vice*
***Pro hac vice application forthcoming*

**CERTIFICATION**

The undersigned attorney for Defendants has read the foregoing responses to Plaintiffs' First Set of Requests for Admission to Defendants, and certify that they are in compliance with the Federal Rules of Civil Procedure.

DATED this ________ day of ___________________ 2026.

______________________________________
Signed

______________________________________
Printed



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744