The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON, et al.,

               Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

               Defendants.

NO. 2:26-cv-02409-KKE

PLAINTIFFS' STATEMENT RE PROPOSED PRELIMINARY INJUNCTION BRIEFING SCHEDULE AND HEARING DATE

Pursuant to this Court's Order (Dkt. # 60), Plaintiffs propose the following extended briefing schedule for Plaintiffs' preliminary injunction motion:

- Plaintiffs' Motion for Preliminary Injunction: Due August 12, 2026

- Defendants' Response to Plaintiffs' Motion for Preliminary Injunction and (if ordered) Discovery Responses and Production: Due September 2, 2026

- Plaintiffs' Reply in Support of Plaintiffs' Motion for Preliminary Injunction: Due September 9, 2026

- Hearing on Plaintiffs' Motion for Preliminary Injunction: September 15, 2026

Plaintiffs respectfully request a hearing date on September 15, 2026, because Assistant Attorney General Ellen Range will be on vacation September 16, 2026, through September 25, 2026.

PLAINTIFFS' STATEMENT RE
PROPOSED PRELIM. INJ. BR.
SCHEDULE & HEARING DATE
NO. 2:26-cv-02409-KKE

1

Plaintiffs sent their proposed briefing schedule to Defendants' counsel on Wednesday, August 5, 2026, at 11:09 a.m. Despite Plaintiffs' repeated inquiries, Defendants did not send their proposal until Thursday, August 6, 2026, at 3:14 p.m. Plaintiffs understand that Defendants will file a separate statement proposing that the Court either (1) maintain the original PI briefing schedule (Defendants' response due August 14, Plaintiffs' reply due August 20; hearing on August 24) or (2) set Defendants' response deadline to August 25 and Plaintiffs' reply to September 1, with a hearing on September 8.

Plaintiffs disagree with Defendants' alternate proposals, as neither schedule provides any time for document production should the Court grants Plaintiffs' motion for expedited discovery. Defendants do not even propose a deadline for when they would (if ordered) produce discovery. But Plaintiffs' requested discovery is necessary and appropriate in light of Defendants' claim that no final agency action exists, and this provides good cause for the Court to extend the temporary restraining order. *See, e.g.*, *Pinchi v. Mullin*, No. 25-cv-05632-PCP, Dkt. #130 at 5 (N.D. Cal. April 10, 2026) ("District courts regularly authorize extra-record discovery to determine whether and what agency took place in APA cases involving disputes over the existence and scope of agency action."); *Illinois v. Vought*, No. 1:26-cv-01566, 2026 WL 962382, at *2 (N.D. Ill. Feb. 25, 2026) (granting expedited discovery where "Plaintiffs have shown that there is a plausible dispute over whether a final agency action exists"); *Laub v. U.S. Dept. of Interior*, 342 F.3d 1080, 1093 (9th Cir. 2003) (reversing district court for failing to permit jurisdictional discovery); 11A Wright & Miller, Fed. Prac. & Proc. Civ. § 2953 (3d ed.) ("[C]ourts have routinely extended a temporary restraining order in order to give the parties sufficient time to prepare for a preliminary injunction hearing.").

And in light of the schedule extension to accommodate the Court's consideration of Plaintiffs' pending discovery motion and any production (if ordered), Plaintiffs' proposal to file a motion for preliminary injunction causes Defendants no prejudice, as Defendants will receive the same amount of time to respond as they would be entitled under Local Civil Rule 7(d)(4). Plaintiffs respectfully request the Court enter their proposed schedule.

PLAINTIFFS' STATEMENT RE
PROPOSED PRELIM. INJ. BR.
SCHEDULE & HEARING DATE
NO. 2:26-cv-02409-KKE

2

Respectfully submitted this 6th day of August 2026.

NICHOLAS W. BROWN
Attorney General of Washington


/s/ Jennifer K. Chung
JENNIFER K. CHUNG, WSBA #51583
ELLEN RANGE, WSBA #51334
Assistant Attorneys General
Complex Litigation Division
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitors General
Washington State Office of the Attorney
General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Jennifer.Chung@atg.wa.gov
Ellen.Range@atg.wa.gov
William McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

PLAINTIFFS' STATEMENT RE
PROPOSED PRELIM. INJ. BR.
SCHEDULE & HEARING DATE
NO. 2:26-cv-02409-KKE

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

ROB BONTA
Attorney General of California

/s/ Crystal Adams
CRYSTAL ADAMS*
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KATHLEEN BOERGERS*
Supervising Deputy Attorney General
KATHERINE MILTON*
Deputy Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7522
Crystal.Adams@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Katherine.Milton@doj.ca.gov

*Attorneys for State of California*

WILLIAM TONG
Attorney General of Connecticut

/s/ Andrew Ammirati
ANDREW AMMIRATI*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov

*Attorney for State of Connecticut*

PHILIP J. WEISER
Attorney General of Colorado

/s/ Sarah H. Weiss
SARAH H. WEISS*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Sarah.Weiss@coag.gov

*Attorney for State of Colorado*

KATHLEEN JENNINGS
Attorney General of Delaware

/s/ Ian R. Liston
IAN R. LISTON*
Director of Impact Litigation
VANESSA L. KASSAB*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Ian.Liston@delaware.gov
Vanessa.Kassab@delaware.gov

*Attorneys for the State of Delaware*

PLAINTIFFS' STATEMENT RE
PROPOSED PRELIM. INJ. BR.
SCHEDULE & HEARING DATE
NO. 2:26-cv-02409-KKE

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

KWAME RAOUL
Attorney General of Illinois

/s/ Emily Hirsch
EMILY HIRSCH*
Assistant Attorney General
ALEEZA STRUBEL*
Complex Litigation Counsel
Office of the Illinois Attorney General
115 S. LaSalle St
Chicago, IL 60603
773-835-0148
Aleeza.Strubel@ilag.gov
Emily.Hirsch@ilag.gov

Attorneys for State of Illinois


AARON M. FREY
Attorney General of Maine

/s/ Sarah A. Forster
SARAH A. FORSTER*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Sarah.Forster@maine.gov

Attorney for the State of Maine


ANTHONY G. BROWN
Attorney General of Maryland

/s/ Michael Drezner
MICHAEL DREZNER*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

Attorney for State of Maryland


ANDREA JOY CAMPBELL
Attorney General of Massachusetts

/s/ Adelaide Pagano
ADELAIDE PAGANO*
Assistant Attorney General
Office of the Massachusetts Attorney General
100 Cambridge Street
Boston, MA 02108
617-963-2122
Adelaide.Pagano@mass.gov

Counsel for the Commonwealth of
Massachusetts


DANA NESSEL
Attorney General of Michigan

/s/ Neil Giovanatti
NEIL GIOVANATTI*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov

Attorney for the State of Michigan


RAÚL TORREZ
Attorney General of New Mexico

/s/ Aletheia V.P. Allen
ALETHEIA V.P. ALLEN*
Solicitor General
LAWRENCE MARCUS*
Assistant Solicitor General
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-527-2776
AAllen@nmdoj.gov
LMarcus@nmdoj.gov

Attorneys for State of New Mexico


PLAINTIFFS' STATEMENT RE
PROPOSED PRELIM. INJ. BR.
SCHEDULE & HEARING DATE
NO. 2:26-cv-02409-KKE

5

LETITIA JAMES
Attorney General of New York

/s/ Rabia Muqaddam
RABIA MUQADDAM *
Chief Counsel for Federal Initiatives
MARK LADOV*
Special Counsel
28 Liberty Street
New York, NY 10005
212-416-8240
Rabia.Muqaddam@ag.ny.gov
Mark.Ladov@ag.ny.gov

Attorneys for the State of New York

DAN RAYFIELD
Attorney General of Oregon

/s/ Leanne Hartmann
LEANNE HARTMANN*
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
971-673-1880
Leanne.Hartmann@doj.oregon.gov

Attorney for State of Oregon

PETER F. NERONHA
Attorney General of Rhode Island

/s/ Kyla Duffy
KYLA DUFFY*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400
Kduffy@riag.ri.gov

Attorney for State of Rhode Island

JOSHUA L. KAUL
Attorney General of Wisconsin

/s/ Frances Reynolds Colbert
FRANCES REYNOLDS COLBERT*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-266-9226
Frances.Colbert@wisdoj.gov

Attorney for State of Wisconsin

*Admitted pro hac vice

PLAINTIFFS' STATEMENT RE
PROPOSED PRELIM. INJ. BR.
SCHEDULE & HEARING DATE
NO. 2:26-cv-02409-KKE

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-464-7744