Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

                      Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                      Defendants.

CASE NO.  2:26-cv-02409-KKE

**DEFENDANTS' SEPARATE STATEMENT RE: PROPOSED BRIEFING AND HEARING DATE**

In response to the Court's order (Dkt. # 60) that the parties meet and confer in an effort to arrive at a joint proposal to the Court on a proposed briefing schedule and a proposed hearing date on the States' motion for a preliminary injunction (Dkt. # 10), because the parties were unable to reach agreement the Department responds separately as follows:

The Department objects to any extension of the temporary restraining order beyond August 23, 2026.  The Court has already extended the duration of the TRO once without making any finding of good cause.  Dkt. # 50, p. 15, *n.* 9.  The Department believes that the Court's sua sponte order (Dkt. # 60) that again extends the duration of the temporary restraining order, this time indefinitely, in response to the States' motion for expedited discovery exceeded its jurisdiction under Rule 65, Fed. R. Civ. P.  *See Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers Loc. No. 70 of Alameda Cnty.,* 415 U.S. 423, 443 (1974) (*quoting Pan Am. World Airways, Inc. v.*

DEFENDANTS' SEPARATE STATEMENT RE:
PROPOSED BRIEFING AND HEARING DATE - 1
(Case No. 2:26-cv-02409-KKE)

*Flight Engineers' Int'l Assn.*, 306 F.2d 840, 842 1962) ("'The fact that notice is given and a hearing held cannot serve to extend indefinitely beyond the period limited by (Rule 65(b)) the time during which a temporary restraining order remains effective.'")  Accordingly, the Department respectfully requests that the Court revert to the schedule set by its July 30, 2026 order (Dkt. # 53).[1]

If the Court declines to reinstitute its previous briefing schedule, and without waiving any objection to an extension of the TRO beyond August 23, 2026, the Department proposes the following schedule in the alternative:

| | |
|---|---|
| Hearing Date: | September 8, 2026 |
| Department's Opposition to States' PI motion: | August 25, 2026 |
| States' Reply: | September 1, 2026[2] |

DATED this 6th day of August 2026.

Respectfully submitted,

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
Email: brian.kipnis@usdoj.gov

*Attorney for Defendants*

---

[1]  The Department respectfully informs the Court that consideration is being given by the U.S. Department of Justice to appealing the Court's July 27, 2026 order (Dkt. # 50) barring the Department of Education from proceeding with certain grant terminations, *i.e.*, the basis for the Department's motion to clarify the injunction in *Washington I*, through August 23 and then extending that order indefinitely by its order of August 4, 2026 (Dkt. # 60).  However, it should be emphasized that a decision to appeal can be made by the Solicitor General of the United States (SG) alone and the SG has made no such decision as of the time of filing.

[2]  The States have informed the Department that they wish to file a new preliminary injunction motion with additional argument and additional briefing to replace the motion that is the basis for the existing temporary restraining order.  The Department objects to this proposal and requests that it be afforded the opportunity to formally object if the States seek the permission of the Court to belatedly alter the preliminary injunction motion that they have already placed before the Court and upon which the Court has issued the existing TRO.

DEFENDANTS' SEPARATE STATEMENT RE:
PROPOSED BRIEFING AND HEARING DATE - 2
(Case No. 2:26-cv-02409-KKE)