Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

      Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

      Defendants.

CASE NO.  C26-2409-KKE

**NOTICE OF APPEAL**

**(PRELIMINARY INJUNCTION APPEAL)**

TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF

WASHINGTON AND TO PLAINTIFFS STATE OF WASHINGTON; STATE OF CALIFORNIA;

STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF

ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF

MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW MEXICO; STATE OF NEW

YORK; STATE OF NEVADA; STATE OF OREGON; STATE OF RHODE ISLAND and STATE

OF WISCONSIN:

PLEASE TAKE NOTICE that defendants the UNITED STATES DEPARTMENT OF

EDUCATION and LINDA MCMAHON in her official capacity as Secretary of the U.S. Department

///

///

NOTICE OF APPEAL (PRELIMINARY INJUNCTION APPEAL) - 1
(Case No. C26-2409-KKE)

of Education, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order entered in this action on July 27, 2026 (Dkt. # 50), as modified by the order entered in this action on August 4, 2026 (Dkt. # 60).

DATED this 10th day of August 2025.

/s/ Brian C. Kipnis
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: (206) 553-7970
E-mail: brian.kipnis@usdoj.gov

Attorney for Defendants

NOTICE OF APPEAL (PRELIMINARY INJUNCTION APPEAL) - 2
(Case No. C26-2409-KKE)