IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, *et al.*,

          Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*,

          Defendants.

Case No. 2:26-cv-02409-KKE

## DECLARATION OF MURRAY BESSETTE

I, Murray Bessette, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and accurate to the best of my information and belief:

1. I am the Principal Deputy Assistant Secretary of Education of the Office of Planning, Evaluation and Policy Development at the United States Department of Education ("the Department"). In this role, I serve as the principal adviser to the Secretary on all matters relating to policy development, implementation, evaluation, and review, budget proposals and processes, data strategy and governance, student privacy, and Department grantmaking.

2. Depending on the length of the injunction imposed on the Department and the number of grant agreements that the Department otherwise would decide to terminate without the injunction, the Department may be required to pay as much as tens of millions of dollars for obligations for which grantees who would otherwise be terminated submit reimbursement payment requests while the injunction is in effect. The grantees have been awarded approximately $95 million in Federal funds for these programs and currently have access to those funds through December 31, 2026.

1

3.      The grantees are currently using a reimbursement payment process. This status requires grantees to incur expenses and then submit receipts for repayment. The Department reviews these reimbursement requests and issues payment within 30 calendar days unless it reasonably believes the request is improper under 2 C.F.R. § 200.305(b)(4). In the Department's experience so far administering these grants, grantees have been submitting reimbursement pay requests of approximately $204,000 per day.

4.      To date, no grantees in this or the related litigation have agreed to pay the Department back grant funds should the Department prevail. Once funds are disbursed by the Department and go to grantees, it is extremely difficult both legally and practically for the Department to recover disbursed funds—exacerbating the significant risk that substantial taxpayer dollars will be lost forever absent emergency relief.

Executed on this 11th day of August, 2026 in Washington, D.C.

_____

Murray Bessette

2