UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

                Plaintiff(s),

     v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.,

                Defendant(s).

CASE NO. C26-2409-KKE

ORDER SETTING BRIEFING
SCHEDULES

The Court previously granted Plaintiff States' motion for a temporary restraining order ("TRO") and provided that it would expire on August 24, 2026.[1] Dkt. No. 50. The Court set a preliminary injunction hearing for that day. *Id*. Plaintiff States then filed a motion for expedited discovery (Dkt. No. 57) for information they claim is needed to support their preliminary injunction motion. Although Plaintiff States sought to brief the discovery motion on an expedited schedule, Defendants objected. *See* Dkt. No. 57-1. Accordingly, the Court ordered that Defendants were entitled to the standard response period set by the Local Rules. Dkt. No. 60.

---

[1] Defendants filed a notice of appeal of this order on August 10, 2026, and the next day filed a motion to stay pending appeal. Dkt. Nos. 64, 66. Although Defendants requested *ex parte* relief on their stay motion, noting it as a same-day motion, they did not explain why relief was needed before Plaintiff States could be heard. Dkt. No. 66. Plaintiff States notified the Court of their position that the stay motion should be properly re-noted as a 21-day motion. Dkt. No. 67. The Court finds that although Defendants have failed to substantiate their request for *ex parte* relief, the need for expedited resolution is nonetheless apparent. *See, e.g.*, Dkt. No. 67 ¶¶ 2–3 (alleging a potential financial outlay of more than $200,000 per day, through December 31, 2026, if the injunction is not stayed). The Court thus directs the clerk to RE-NOTE the Defendants' stay motion (Dkt. No. 66) for August 17, 2026. Plaintiff States' opposition is due on August 14, 2026, and Defendants may file a reply on August 17, 2026.

ORDER SETTING BRIEFING SCHEDULES - 1

Providing Defendants the full briefing period they requested required adjustment of the preliminary injunction briefing/hearing schedule to allow Plaintiff States to consider any discovery responses (if their discovery motion is granted) before filing their reply brief. *Id.* The Court thus ordered the parties to meet and confer on a briefing/hearing schedule for the preliminary injunction motion, to run parallel to the discovery motion briefing schedule. *Id.*

The parties could not reach agreement on a proposed briefing schedule and filed separate proposals, with Plaintiff States' proposed schedule being somewhat extended beyond Defendants' proposed schedule. Dkt. Nos. 62, 63. After reviewing the parties' proposals, the Court ORDERS that Plaintiff States' preliminary injunction motion will be briefed as follows:

(1) Plaintiff States may file an amended preliminary injunction motion no later than August 14, 2026.[2] If filed, it shall completely replace the original motion and shall be noted for September 8, 2026.

(2) Defendants' opposition brief shall be filed no later than August 25, 2026.

(3) Plaintiff States' reply shall be filed no later than September 2, 2026.

(4) The preliminary injunction hearing will be set for September 8, 2026, and the courtroom deputy is directed to contact the parties to find a mutually agreeable time for the hearing. As explained in the previous order (Dkt. No. 60), the need to brief and resolve the expedited discovery motion before adjudicating the preliminary injunction

---

[2] Although Defendants object to Plaintiff States' request to supplement their briefing (Dkt. No. 63 at 2 n.2), they do not explain why such supplementation is inappropriate. Many district courts in this circuit have considered additional and/or separate moving papers at the preliminary injunction stage, after entering a TRO. *See, e.g.*, *O.M. by & through Moultrie v. Nat'l Women's Soccer League, LLC*, 544 F. Supp. 3d 1063, 1067 (D. Or. 2021); *Wilhoite v. Hou*, No. 3:23-cv-02333-BEN-MSB, 2024 WL 2869986 (S.D. Cal. June 6, 2024); *Versaterm Inc. v. City of Seattle*, No. C16-1217JLR, 2016 WL 4399634, *2–3 (W.D. Wash. Aug. 18, 2016).

ORDER SETTING BRIEFING SCHEDULES - 2

motion supports a finding of good cause to extend the TRO until the preliminary injunction motion can be adjudicated.

Dated this 12th day of August, 2026.

Kymberly K. Evanson
United States District Judge

ORDER SETTING BRIEFING SCHEDULES - 3