Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | CASE NO. 2:26-cv-02409-KKE<br><br>**REPLY RE: DEFENDANTS' EMERGENCY MOTION TO SEAL DOCUMENT FILED IN ERROR (DOCKET # 94-1)** |

Defendants (hereafter "the Department") submit this brief reply regarding their motion for an order to seal a document filed in error in this action (Dkt. # 94-1). The document in question is a privilege log prepared for and intended by the Department to be used only by Plaintiffs. Typical of privilege logs, it provides an index of records withheld from production on privilege grounds, identifies them in various ways, including by date, sender and recipient, provides a description of each document and also sets forth the Department's basis for asserting privilege. As such, it is a compilation of otherwise nonpublic information that the Department regards as confidential, including, but not limited to internal email addresses, identifications of individuals in the Department involved in internal legal affairs, and the disclosure of specific



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

interactions, mostly involving Department attorneys and of a legal nature. This information was intended to be disclosed only to Plaintiffs and only for the narrow purpose of fulfilling the Department's obligations under the Court's order of August 24, 2026 (Dkt. # 85).

Under ordinary circumstances this is not a document to which the public would have access. It was not required to be filed on PACER and should not have been filed on PACER. LCR 5(d). It appears on the docket in this instance only due to counsel's inadvertence.

Upon discovering this error, the Department immediately contacted the Office of the Clerk to protect this document from public access via PACER and filed the instant motion. Plaintiffs, who have already received a copy of this privilege log through ordinary service, do not oppose the Department's motion, Dkt. # 101, and will not be prejudiced in any way if the motion is granted.[1]

The public's "right to know" will also not be injured by the granting of this motion. As noted above, the information contained in the privilege log is not information to which the public would normally have access via PACER or otherwise, as the local rules of this Court specifically provide that this type of document should not be filed on PACER, and a member of the public does not have a right to require the Department to create such a record through a FOIA request. *Singh v. Fed. Aviation Admin.*, 783 F. App'x 753, 754 (9th Cir. 2019). The public does not lose anything by not having access through PACER to a document that should not be there and to which it is otherwise not entitled.

///

///

///

///

///

---

[1] While Plaintiffs do not oppose the Department's motion, they indicate that they do not agree that the privilege log contains attorney-client privileged or confidential information. Dkt. # 101. However, the Department does not contend in its motion that the document contains attorney-client privileged information.



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

## CONCLUSION

For the foregoing reasons and those reasons stated in their principal memorandum, Defendants respectfully request that the Court grant this motion and order that the privilege log filed as Dkt. # 94-1, be and remain sealed or that public access to the document be and remain disabled.

## CERTIFICATION

I certify that this memorandum contains 506 words, in compliance with the local rules of this Court.

DATED this 21st day of September 2026.

Respectfully submitted,

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

*Attorney for Defendants*