Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | CASE NO. 2:26-cv-02409-KKE<br><br>**DEFENDANTS' STATUS REPORT RE: COMPLIANCE WITH PRELIMINARY INJUNCTION** |

On Tuesday, September 22, 2026 at 4:54 p.m. PDT, the Court entered a preliminary injunction imposing certain affirmative obligations on Defendants and requiring, among other things, that "The Department's counsel shall file a status report no later than September 25, 2026, documenting the actions that they have taken to comply with this order, including a copy of the notice and an explanation as to whom the notice was sent." Dkt. # 106, p. 18.

1. As ordered by the Court, the Department has taken every step necessary to effectuate this order, including clearing any administrative, operational, or technical hurdles to implementation, and notifying the plaintiff grantees of the Court's injunction.

2. On September 24, 2026, before 4:54 p.m. PDT, a notice was sent to the responsible persons for all affected grantees identified in the Court's order notifying them of this preliminary



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

injunction as identified in the Court's order and attaching a copy of the preliminary injunction to the notice. An example of this notification is attached hereto as Attachment A.

3. On September 24, 2026, before 4:54 p.m. PDT, a notice was sent by defendants' counsel to all applicable Department of Education employees notifying them of the preliminary injunction and attaching a copy of the preliminary injunction to the notice. Because there are presently no Department contractors involved in the relevant programs, a copy of the notice was not sent to any contractors. A true and correct copy of this notification is attached hereto as Attachment B.

4. On September 16, 2026, a notice was sent to grantees describing that grantees continue to have access to their grant funds and the Department would continue to review reimbursement requests. The Department noted that supplemental reimbursement awards, after review, would be issued for amounts that exceed current available balances monthly until further notice. A true and correct copy of this notification is attached hereto as Attachment C.

5. Pursuant to this notice, ten grantees that had requested more than their available balance in the grant system were reimbursed for approved activities on September 24, 2026 through the issuance of supplemental grant agreements.

6. Since March, to date, the Department has approved $50,065,696.10 in payments to grantees involved in this ongoing litigation.

DATED this 25th day of September 2026.

Respectfully submitted,

*<u>/s/ Brian C. Kipnis</u>*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
Email: brian.kipnis@usdoj.gov

Attorney for Defendants