The Honorable Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | CASE NO. 2:26-cv-02409-KKE<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FURTHER PROCEEDINGS**<br><br>**NOTED FOR CONSIDERATION: OCTOBER 6, 2026** |

WHEREAS on July 14, 2026, the Court issued an order (Dkt. # 21) setting deadlines pursuant to Rule 26(f) Fed. R, Civ. P., for initial disclosures, a combined joint status report and a discovery plan; and

WHEREAS by agreement of the parties, the Court extended those deadlines by two orders, the first entered on August 17, 2026 (Dkt. # 77) and the second entered on September 29, 2026 (Dkt. # 110), which extended the deadline to October 6, 2026; and

WHEREAS the parties have met and conferred and reached agreement on certain issues that affect further proceedings in this actions, as follows:

1. While there remains a disagreement on the point between the parties, Plaintiffs acknowledge that at least some of their claims are based on the judicial review provisions of the Administrative Procedure Act (APA), 5 U.S.C. §§ 701-706; and



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

2. Claims based on the APA are exempt within the meaning of Rule 26(a)(1)(B)(i), Fed. R. Civ. P., and therefore pursuant to Rule 26(a)(1)(A) and (f)(1), Fed. R. Civ. P., the initial disclosure requirement, the discovery conference requirement and the discovery plan requirement do not apply to those claims. Notwithstanding the disagreement referenced in the preceding paragraph, Plaintiffs stipulate to the waiver of these requirements as to all of their claims.

3. That the case shall proceed in accordance with the rules governing actions under the APA. In that respect, Plaintiffs may seek to have documents included in an administrative record for consideration by the Court by appropriate motion. Further, Plaintiffs may seek by appropriate motion to engage in discovery. Defendants do not waive any defenses that they have to such motions.

4. That the case should be resolved on the basis of cross-motions for summary judgment.

5. In submitting this stipulation, the parties do not waive any arguments concerning Plaintiffs' entitlement to conduct discovery in this action and Plaintiffs are entering into this stipulation with full knowledge of Defendants' position that Plaintiffs are not entitled to conduct discovery in this action and intend to oppose the taking of discovery in this action.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree as follows:

1. The obligations set forth in Paragraph I (Initial Scheduling Dates) and V (Joint Status Report & Discovery Plan) are vacated.

2. The Court may enter the following case schedule:

| **Event** | **Deadline** |
|---|---|
| | |
| Deadline for any motion regarding the completeness of the administrative record or discovery | October 30, 2026 |
| Discovery Cut-off Date: | December 11, 2026 |



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

| | |
|---|---|
| Plaintiffs' motion for summary judgment (limited to 8,400 words) | January 11, 2027, or 28 days after Defendants have complied with any order resolving any motion regarding the completeness of the administrative record or discovery, whichever is later |
| Defendants' combined opposition and cross-motion for summary judgment (limited to 8,400 words) | 21 days after the filing date of Plaintiffs' motion for summary judgment |
| Plaintiffs' combined reply and opposition to cross-motion for summary judgment (limited to 8,400 words) | 21 days after the filing date of Defendants' opposition and cross-motion for summary judgment |
| Defendants' reply re cross-motion for summary judgment (limited to 4,200 words) | 14 days after the filing of Plaintiffs' combined reply and opposition to cross-motion for summary judgment |

SO STIPULATED.

DATED this 6th day of October 2026,

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

*Attorneys for Defendants*

SO STIPULATED.

DATED this 6th day of October 2026.

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Jennifer K. Chung*
JENNIFER K. CHUNG, WSBA #51583
ELLEN RANGE, WSBA #51334
DUFFY GRAHAM, WSBA #33103
Assistant Attorneys General
Complex Litigation Division
WILLIAM MCGINTY, WSBA #41868

CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitors General
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Jennifer.Chung@atg.wa.gov
Ellen.Range@atg.wa.gov
Duffy.Graham@atg.wa.gov
William.McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

ROB BONTA
Attorney General of California

/s/ Crystal Adams
CRYSTAL ADAMS*
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KATHLEEN BOERGERS*
Supervising Deputy Attorney General
KATHERINE MILTON*
Deputy Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7522
Crystal.Adams@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Katherine.Milton@doj.ca.gov

*Attorneys for State of California*

PHILIP J. WEISER
Attorney General of Colorado

/s/ Sarah H. Weiss
SARAH H. WEISS*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Sarah.Weiss@coag.gov

*Attorney for State of Colorado*

WILLIAM TONG
Attorney General of Connecticut

/s/ Andrew Ammirati
ANDREW AMMIRATI*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov

*Attorney for State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

/s/ Ian R. Liston
IAN R. LISTON*
Director of Impact Litigation
VANESSA L. KASSAB*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Ian.Liston@delaware.gov
Vanessa.Kassab@delaware.gov

*Attorneys for the State of Delaware*

KWAME RAOUL
Attorney General of Illinois

*/s/ Emily Hirsch*
EMILY HIRSCH*
Assistant Attorney General
ALEEZA STRUBEL*
Complex Litigation Counsel
Office of the Illinois Attorney General
115 S. LaSalle St
Chicago, IL 60603
773-835-0148
Aleeza.Strubel@ilag.gov
Emily.Hirsch@ilag.gov

*Attorneys for State of Illinois*

AARON M. FREY
Attorney General of Maine

*/s/ Sarah A. Forster*
SARAH A. FORSTER*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Sarah.Forster@maine.gov

*Attorney for the State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Michael Drezner*
MICHAEL DREZNER*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorney for State of Maryland*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Adelaide Pagano*
ADELAIDE PAGANO*
Assistant Attorney General
Office of the Massachusetts Attorney General
100 Cambridge Street
Boston, MA 02108
617-963-2122
Adelaide.Pagano@mass.gov

*Counsel for the Commonwealth of Massachusetts*

DANA NESSEL
Attorney General of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov

*Attorney for the State of Michigan*

RAÚL TORREZ
Attorney General of New Mexico

*/s/ Aletheia V.P. Allen*
ALETHEIA V.P. ALLEN*
Solicitor General
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-527-2776
AAllen@nmdoj.gov

*Attorney for State of New Mexico*

LETITIA JAMES
Attorney General of New York

*/s/ Rabia Muqaddam*
RABIA MUQADDAM*
Chief Counsel for Federal Initiatives
MARK LADOV*
Special Counsel
28 Liberty Street
New York, NY 10005
212-416-8240
Rabia.Muqaddam@ag.ny.gov
Mark.Ladov@ag.ny.gov

*Attorneys for the State of New York*

DAN RAYFIELD
Attorney General of Oregon

*/s/ Leanne Hartmann*
LEANNE HARTMANN*
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
971-673-1880
Leanne.Hartmann@doj.oregon.gov

*Attorney for State of Oregon*

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Kyla Duffy*
KYLA DUFFY*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400
Kduffy@riag.ri.gov

*Attorney for State of Rhode Island*

JOSHUA L. KAUL
Attorney General of Wisconsin

*/s/ Frances Reynolds Colbert*
FRANCES REYNOLDS COLBERT*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-266-9226
Frances.Colbert@wisdoj.gov

*Attorney for State of Wisconsin*

**Admitted pro hac vice*

**ORDER**

IT IS SO ORDERED.

DATED this ______ day of October 2026.

______________________________________
THE HONORABLE KYMBERLY K. EVANSON
United States District Judge



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970