Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | CASE NO. 2:26-cv-02409-KKE<br><br>**ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO SEAL DOCUMENT FILED IN ERROR** |

The Court has considered Defendants' unopposed emergency motion for an order sealing a docket entry consisting of a privilege log accompanying the Defendants' discovery responses, because it was inadvertently filed on the Court's public docket. Dkt. No. 95. Although Plaintiff States do not concede that the privilege log is privileged or confidential (Dkt. No. 101), the Local Rules of this district provide that discovery responses "must not be filed" on the Court's docket. Local Rules W.D. Wash. LCR 5(d).

Consistent with that rule, the Court finds that there is no presumption of public access to the privilege log—specifically to the email addresses of Government personnel contained in the

privilege log—and therefore GRANTS Defendants' motion. Dkt. No. 95. The privilege log (Dkt. No. 94-1) shall be maintained under seal.

DATED this 7th day of October, 2026.

Kymberly K. Evanson
United States District Judge