Judge Evanson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | CASE NO. C26-2409KKE<br><br>**NOTICE OF APPEAL**<br><br>**(PRELIMINARY INJUNCTION APPEAL)** |

TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AND TO PLAINTIFFS STATE OF WASHINGTON; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NEVADA; STATE OF OREGON; STATE OF RHODE ISLAND and STATE OF WISCONSIN:

PLEASE TAKE NOTICE that defendants the UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON in her official capacity as Secretary of the U.S. Department

///



UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

of Education, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order granting motion for preliminary injunction entered in this action on September 22, 2026 (Dkt. # 106).

DATED this 7th day of October 2026.

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Email: brian.kipnis@usdoj.gov

Attorney for Defendants