The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | NO. 2:25-cv-01228-KKE<br>NO. 2:26-cv-02409-KKE<br><br>ALPHABETIZED INDEX OF DECLARATIONS FILED IN SUPPORT OF PLAINTIFF STATES' MOTION TO ENFORCE AND MODIFY DECEMBER 19, 2025, PERMANENT INJUNCTION AND/OR SEPTEMBER 22, 2026, PRELIMINARY INJUNCTION |



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| *Wash. 2025*[1] ECF No. | *Wash. 2026*[2] ECF No. | Declarant's Name | Associated Institution | Plaintiff State |
|---|---|---|---|---|
| 461 | 117 | **Christoper Allen**<br>Behavioral Health Administrator | NWESD 189 | WA |
| 462 | 118 | **Megan Aseltine**<br>Superintendent | Skokie-Morton Grove School District 69 | IL |
| 463 | 119 | **Kathleen Beaudoin**<br>(with Exs. A-C)<br>Associate Professor and Principal Investigator | University of Washington Tacoma | WA |
| 464 | 120 | **Jennifer K. Chung**<br>(with Exs. A-B)<br>Assistant Attorney General | Office of the Attorney General | WA |
| 465 | 121 | **Dr. Gloria E. Ciriza**<br>Superintendent of Schools | San Diego County | CA |
| 466 | 122 | **Lisa Claussen**<br>Director, Student Services | Eureka City Schools | CA |
| 467 | 123 | **Nikki Poindexter Ham**<br>Assistant Professor | Bowie State University | MD |
| 468 | 124 | **Janneth Johnson-Smith**<br>Senior Director of Counseling and College Persistence | Green Dot Public Schools | CA |
| 469 | 125 | **Christine Murphy Judson**<br>Executive Director, Talent Acquisition | Chicago Public Schools | IL |
| 470 | 126 | **Chandra Khan, Ph.D.**<br>Chief Research Officer, Associate Vice President of Research, Sponsored Programs, and Graduate Studies | California State University, East Bay | CA |
| 471 | 127 | **Richard Mocarski**<br>Vice President for Research and Innovation Partnerships | Northern Illinois University | IL |
| 472 | 128 | **Jodi Nocero**<br>Director of Pupil Services | Oxnard School District | CA |

---

[1] "*Wash. 2025*" refers to *Washington v. Dep't of Educ.*, No. 2:25-cv-01228-KKE (W.D. Wash.).
[2] "*Wash. 2026*" refers to *Washington v. Dep't of Educ.*, No. 2:26-cv-02409-KKE (W.D. Wash.).



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

| | | | | |
|---|---|---|---|---|
| 473 | 129 | **Maria Elena Garcia Pascarella, LCSW, PEL, Ed.S.**<br>Clinical Assistant Professor | Dominican University | IL |
| 474 | 130 | **Susan Pelton**<br>Assistant Vice President, Office of Research and Sponsored Programs | San Francisco State University | CA |
| 475 | 131 | **Antonio Polo, Ph.D.**<br>Professor, Dept. of Psychology, Clinical Child Area | DePaul University | IL |
| 476 | 132 | **Dr. Cathi Draper Rodriguez, NCSP, LEP**<br>EdS School Psychology Program, Coordinator and Professor | University Corporation at Monterey Bay | CA |
| 477 | 133 | **Eric Sahakian**<br>Superintendent | Acton-Agua Dulce Unified School District | CA |
| 478 | 134 | **Saira Salazar-Martinez**<br>Project Director | Multicultural Learning Center | CA |
| 479 | 135 | **Andres Santamaria**<br>Project Director | Santa Paula Unified School District | CA |
| 480 | 136 | **Kristin Schmidt**<br>Director of Social Emotional Learning | Crystal Lake District 47 | IL |
| 481 | 137 | **Kristie Starkovich**<br>Coordinator of Wellness and Early Education | Livermore Valley Joint Unified School District | CA |
| 482 | 138 | **Camden Webb, LMFT**<br>Director of Behavioral Health Services | Solano County Office of Education | CA |



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744

DATED this 13th day of October 2026.

NICHOLAS W. BROWN
Attorney General of Washington

*/s/ Ellen Range*
JENNIFER K. CHUNG, WSBA #51583
ELLEN RANGE, WSBA #51334
DUFFY GRAHAM, WSBA #33103
Assistant Attorneys General
Complex Litigation Division
WILLIAM MCGINTY, WSBA #41868
CYNTHIA ALEXANDER, WSBA #46019
Deputy Solicitors General
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Jennifer.Chung@atg.wa.gov
Ellen.Range@atg.wa.gov
Duffy.Graham@atg.wa.gov
William.McGinty@atg.wa.gov
Cynthia.Alexander@atg.wa.gov

*Attorneys for State of Washington*

ROB BONTA
Attorney General of California

*/s/ Crystal Adams*
CRYSTAL ADAMS*
Deputy Attorney General
NELI PALMA*
Senior Assistant Attorney General
KATHLEEN BOERGERS*
Supervising Deputy Attorney General
KATHERINE MILTON*
Deputy Attorney General
1300 I Street
Sacramento, CA 95814
916-210-7522
Crystal.Adams@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Katherine.Milton@doj.ca.gov

*Attorneys for State of California*

PHILIP J. WEISER
Attorney General of Colorado

*/s/ Sarah H. Weiss*
SARAH H. WEISS*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
Sarah.Weiss@coag.gov

*Attorney for State of Colorado*

WILLIAM TONG
Attorney General of Connecticut

*/s/ Andrew Ammirati*
ANDREW AMMIRATI*
Assistant Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Andrew.Ammirati@ct.gov

*Attorney for State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Ian R. Liston*
IAN R. LISTON*
Director of Impact Litigation
VANESSA L. KASSAB*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Ian.Liston@delaware.gov
Vanessa.Kassab@delaware.gov

*Attorneys for the State of Delaware*

KWAME RAOUL
Attorney General of Illinois

*/s/ Emily Hirsch*
EMILY HIRSCH*
Assistant Attorney General
ALEEZA STRUBEL*
Complex Litigation Counsel
Office of the Illinois Attorney General
115 S. LaSalle St
Chicago, IL 60603
773-835-0148
Aleeza.Strubel@ilag.gov
Emily.Hirsch@ilag.gov

*Attorneys for State of Illinois*

AARON M. FREY
Attorney General of Maine

*/s/ Sarah A. Forster*
SARAH A. FORSTER*
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Sarah.Forster@maine.gov

*Attorney for the State of Maine*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Michael Drezner*
MICHAEL DREZNER*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorney for State of Maryland*

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

*/s/ Adelaide Pagano*
ADELAIDE PAGANO*
Assistant Attorney General
Office of the Massachusetts Attorney General
100 Cambridge Street
Boston, MA 02108
617-963-2122
Adelaide.Pagano@mass.gov

*Counsel for the Commonwealth of Massachusetts*

DANA NESSEL
Attorney General of Michigan

/s/ Neil Giovanatti
NEIL GIOVANATTI*
Assistant Attorney General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
GiovanattiN@michigan.gov

*Attorney for the State of Michigan*

LETITIA JAMES
Attorney General of New York

/s/ Rabia Muqaddam
RABIA MUQADDAM*
Chief Counsel for Federal Initiatives
MARK LADOV*
Special Counsel
28 Liberty Street
New York, NY 10005
212-416-8240
Rabia.Muqaddam@ag.ny.gov
Mark.Ladov@ag.ny.gov

*Attorneys for the State of New York*

PETER F. NERONHA
Attorney General of Rhode Island

/s/ Kyla Duffy
KYLA DUFFY*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400
Kduffy@riag.ri.gov

*Attorney for State of Rhode Island*

RAÚL TORREZ
Attorney General of New Mexico

/s/ Aletheia V.P. Allen
ALETHEIA V.P. ALLEN*
Solicitor General
SETH C. MCMILLAN*
Deputy Solicitor General
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87102
505-527-2776
AAllen@nmdoj.gov
SMcMillan@nmdoj.gov

*Attorneys for State of New Mexico*

DAN RAYFIELD
Attorney General of Oregon

/s/ Leanne Hartmann
LEANNE HARTMANN*
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market St.
Portland, OR 97201
971-673-1880
Leanne.Hartmann@doj.oregon.gov

*Attorney for State of Oregon*

JOSHUA L. KAUL
Attorney General of Wisconsin

/s/ Frances Reynolds Colbert
FRANCES REYNOLDS COLBERT*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
608-266-9226
Frances.Colbert@wisdoj.gov

*Attorney for State of Wisconsin*

*Admitted pro hac vice