UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, in Her Official Capacity as United States Secretary of Education,<br><br>Defendants - Appellants. | No. 26-5098<br><br>D.C. No.<br>2:26-cv-02409-KKE<br>Western District of Washington, Seattle<br><br>ORDER |

The motion for voluntary dismissal of this appeal by Appellants United States Department of Education and Secretary of Education Linda McMahon (Dkt. 20) is **GRANTED**. This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT