IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-02409-KKE |

**DECLARATION OF DANA CARR**

I, Dana Carr, do declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and accurate to the best of my information and belief:

1. I am a Supervisory Program and Management Analyst and Group Leader in the Office of Safe and Supportive Schools of the Office of Elementary and Secondary Education ("OESE") at the United States Department of Education ("Education" or "the Department"). I am a duly authorized Custodian of Records, or other qualified witness for Education. I am competent to make the statements contained in this declaration. I make this declaration based on my personal knowledge and based on information provided to me in my official capacity.

2. As a Supervisory Program and Management Analyst and Group Leader, my job responsibilities include managing two federal discretionary grant programs, the School-Based Mental Health Services Program ("SBMH") and the Mental Health Service Professional Demonstration Grant Program ("MHSP"). My responsibilities include supervising staff; grants management activities related to soliciting, reviewing and selecting applications for funding; overseeing grants monitoring activities and oversight; providing and coordinating technical

assistance; program reporting; and administering program budgets as appropriated by Congress. I have been in my current role since July 2024. I previously worked in the Office of Safe and Drug-Free Schools ("OSDFS") at the Department from December 2003 until March 2011.

**Communications to Litigation Grantees**

3. On August 17, 2026, in order to address the issue of litigation grantees that may have reimbursement requests in excess of their currently available funds, the Department notified grantees that "in order to request reimbursement for funding in excess of the amount currently authorized under your grant, please submit a reimbursement request that substantiates additional allowable expenditures for obligations incurred through August 31, 2026." A redacted copy of one such August 17, 2026 communication is included as Attachment A to this Declaration.

4. On September 24, 2026, the Department obligated $871,210 for 10 grantees that submitted reimbursement requests for funding in excess of the amount previously authorized under their grant, in accordance with the Department's August 17, 2026, communication.

5. In order the address the availability of ongoing reimbursement requests, the Department further notified grantees on September 16, 2026 that they "still have access to their grant funds; however, such funds may only be drawn down after submitting documentation that substantiates allowable expenditures under the grant." That email notification directed grantees that they could also submit "reimbursement requests [that] have or will exceed the amount of currently available funds in your G5 account" using the established reimbursement pay procedures. A redacted copy of one such communication is included as Attachment B to this Declaration.

6. This September 16, 2026, communication clearly stated the Department's intended reimbursement policy that allowed grantees to "continue to incur expenses for allowable activities

that exceed the amount in [their] G5 account." This policy is intended to cover the remaining budget period of October, November, and December 2026 or "until further notice."

7. On October 21, 2026, the Department obligated an additional $242,473 for three additional grantees that submitted reimbursement requests for funding in excess of the amount previously authorized under their grant, in accordance with the Department's September 17, 2026, communication.

**GAN Clarifications**

8. Following the time that the April 2025 non-continuation decisions were communicated to litigation grantees, which ended their performance period on 12/31/2025, litigation grantees received a corresponding Grant Award Notification (GAN) document that indicated a performance period end date of 12/31/2025.

9. In issuing new continuation decisions in accordance with this Court's orders, the Department made interim 5-week awards, before later extending each interim continuation budget period for a full 12-month budget period, from January 1, 2026 – December 31, 2026, on an expedited basis in attempt to meet the deadlines set by the Court.

10. The Department later determined that it was necessary to complete an administrative action updating the GANs for the grantees whose performance periods extend beyond December 31, 2026, in order to clarify that no change has occurred to the future budget periods and the possible performance period for those litigation grantees.

11. As of the date of this Declaration, the Department has completed the process of issuing administrative actions to update the performance period and budget periods in each affected grantee's GAN. Attachment C contains a redacted copy of an updated GAN.

12. Box 10 of each updated GAN includes the following clause:

This GAN reflects the addition of future budget periods indicated in your initial GAN. No additional or supplemental funding is obligated as a result of this administrative action.

For the current budget period ending December 31, 2026, grantees can expend funds up to the recommended amount on their original GAN. Your grant continues to operate under a reimbursement pay status; please refer to the Department s September 25, 2026 notification for additional guidance on reimbursement, including submission of reimbursement requests that may exceed the amount of currently available funds in your G5 account. The Department continues to process and provide funding for complete and appropriately documented reimbursement requests, as stated in that September 25, 2026 notification.

**Compliance with Washington II Orders**

13. The Department has not involuntarily terminated any litigation grantee, since the Court's July 27, 2026, Order granting Plaintiffs' TRO motion and September 22, 2026, Order granting Plaintiffs' Preliminary Injunction motion. The Department has accepted the voluntary terminations of any grantee seeking to relinquish their grant award.

I declare under the penalty of perjury that the forgoing is true and correct.

Executed on this 28th day of October, 2026.

DANA CARR Digitally signed by DANA CARR
Date: 2026.10.28 21:48:20 -04'00'

Dana Carr