# Attachment A

[redacted] [redacted]

**Date:** Monday, August 17, 2026 1:14:58 PM

Your grant continues to operate under a reimbursement pay status, as permitted by the Department's discretionary authority under 20 U.S.C. 1226a-1. Grantees under reimbursement still have access to their grant funds; however, such funds may only be drawn down after submitting documentation that substantiates allowable expenditures under the grant.

In order to request reimbursement for funding in excess of the amount currently authorized under your grant, please submit a reimbursement request that substantiates additional allowable expenditures for obligations incurred through August 31, 2026.

The Department intends to process and provide funding for all complete and appropriately documented reimbursement requests received as of 5pm Eastern Standard Time on August 31, 2026, for obligations incurred up-to this date, in early September.