# Attachment B

**From:** [redacted]
**To:** [redacted]
**Subject:** S184H2[redacted]-Ongoing Reimbursement Process for Approved Activities
**Date:** Wednesday, September 16, 2026 3:50:01 PM

---

Good afternoon,

Thank you for continuing to submit reimbursement requests. Grantees under reimbursement still have access to their grant funds; however, such funds may only be drawn down after submitting documentation that substantiates allowable expenditures under the grant.

If your reimbursement requests have or will exceed the amount of currently available funds in your G5 account, please continue to submit reimbursement requests for approved activities and expenditures until further notice. The Department intends to process and provide funding for complete and appropriately documented reimbursement requests monthly for amounts that exceed current available balances. As such, you may continue to incur expenses for allowable activities that exceed the amount in your G5 account. If you have sufficient funds in your account for approved activities, your reimbursement requests will be processed as they are received.

Please note, reimbursement requests should only include incurred costs for approved activities that were planned for this stage of the project and must be submitted with appropriate documentation of the expenditure. Grantees must not accelerate activities or incur costs earlier than previously approved.

Should you have questions, please contact your Federal Program Officer.